**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1365**

———————

MARVIN L. FINCH,

Plaintiff - Appellant,

versus

SMITHFIELD PACKING COMPANY, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge.  (CA-99-10-5-BR)

———————

Submitted:  September 21, 2000     Decided:  September 27, 2000

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Marvin L. Finch, Appellant Pro Se.  Gretchen W. Ewalt, MAUPIN, TAYLOR & ELLIS, P.A., Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marvin L. Finch appeals the district court's order granting Smithfield's motion for summary judgment on his employment discrimination complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Finch v. Smithfield Packing Company, Inc.</u>, No. CA-99-10-5-BR (E.D.N.C. Feb. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>